# UNITED STATES DISTRICT COURT
for the

USDC- BALTIMORE
'25 AUG 29 AM 9:46

United States of America
v.

TONY MARCOS FERREIRA-DOS SANTOS

)
)
)
)
)
)

Case No. 25-mj-02005

*Defendant*

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  TONY MARCOS FERREIRA-DOS SANTOS,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Assaulting, resisting, opposing, impeding, interfering federal officer in violation of 18 U.S.C. Sec. 111

Date: August 8, 2025

*Issuing officer's signature*

City and state:  Baltimore, Maryland

Hon. Chelsea J. Crawford, U.S. Mag. Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 8/15/25, and the person was arrested on *(date)* 8/15/25
at *(city and state)* Baltimore, MD.

Date: 8/15/25

*Arresting officer's signature*
Samuel Reyes D.O.
*Printed name and title*